IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00918-RPM-BNB

ROCHELLE DORAN,

Plaintiff,

v.

CITY OF PUEBLO, a municipal corporation, and
JIM QUINTANA, in his individual and official capacity,
ANTHONY MASCIOTRA, in his individual and official capacity,
KENNETH E. RHODES, in his individual and official capacity,
JAMES V. MARTIN, in his individual and official capacity, and
DANNY A. INGRAHAM, in his individual and official capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the Order of Reference entered on July 14, 2005, it is hereby ORDERED that a **Settlement Conference** is set for **September 8, 2005, at 10:00 a.m.** in Chambers A-442, Fourth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

      IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  This requirement is not satisfied by the presence of counsel only.

      IT IS FURTHER ORDERED that on or before **September 1, 2005**, counsel for each party shall submit a brief Confidential Settlement Statement by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov. outlining the facts and issues involved in the case and the possibilities for settlement.  **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.**  The Confidential Settlement Statement should **not** be filed with the Clerk of the Court and need not be supplied to opposing counsel.  Failure to submit Confidential Settlement Statements on time may result in the

Settlement Conference being vacated.

DATED: July 22, 2005