IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00918-RPM-BNB

ROCHELLE DORAN,

Plaintiff,

v.

CITY OF PUEBLO, a municipal corporation, and
JIM QUINTANA, in his individual and official capacity,
ANTHONY MASCIOTRA, in his individual and official capacity,
KENNETH E. RHODES, in his individual and official capacity,
JAMES V. MARTIN, in his individual and official capacity, and
DANNY A. INGRAHAM, in his individual and official capacity,

Defendants.

_____

**ORDER**

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **October 17, 2005**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 26, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge