## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-0918-RPM-BNB

ROCHELLE DORAN,

     Plaintiff,

v.

CITY OF PUEBLO, a municipal corporation, and
OFFICERS JIM QUINTANA, in his individual and official capacity;
ANTHONY MASCIOTRA, in his individual and official capacity;
KENNETH RHODES, in his individual and official capacity; and
JAMES V. MARTIN, in his individual and official capacity,

     Defendants.

---

## ORDER

---

THIS COURT, having read the STIPULATED MOTION TO DISMISS

INDIVIDUAL OFFICERS from this case pursuant to the terms of a settlement agreement

arrived at by the Parties, hereby ORDERS:

The following named police officers are hereby dismissed from this case with

prejudice:

       JIM QUINTANA, in his individual and official capacity;
       ANTHONY MASCIOTRA, in his individual and official capacity;
       KENNETH RHODES, in his individual and official capacity; and
       JAMES V. MARTIN, in his individual and official capacity.

IT IS SO ORDERED by the Court on this the 26 day of September, 2005.

      HON. RICHARD P. MATSCH
      SENIOR JUDGE
      UNITED STATES DISTRICT COURT