IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-00918-RPM

ROCHELLE DORAN,

        Plaintiff,

v.

CITY OF PUEBLO,

        Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

This matter having come before the Court on the Stipulated Motion for Dismissal with Prejudice, (Doc. 45), filed on October 11, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bears its own attorneys' fees and costs.

Dated: October 12, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge